* * * * * * * * * * *
Plaintiff filed a Notice of Appeal on November 21, 2006. Thereafter, plaintiff failed to file a Form 44, brief, or any other document with the Full Commission setting forth grounds for appeal with particularity.
The Full Commission finds that plaintiff failed to comply with Rule 701 of the North Carolina Workers' Compensation Rules by failing to state with particularity the grounds for his appeal. Roberts v. Wal-MartStores, Inc., 173 N.C. App. 740, 619 S.E.2d 907 (2005).
Accordingly, plaintiff's case against defendants is hereby DISMISSED WITH PREJUDICE.
This the 7th day of May 2007. *Page 2 
 S/_________________________
 DIANNE C. SELLERS
 COMMISSIONER
CONCURRING:
 S/_________________________ BERNADINE S. BALLANCE COMMISSIONER
 S/_________________________ BUCK LATTIMORE CHAIRMAN *Page 1